**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

**JOHN AND ANN SUTCLIFFE,**

Plaintiffs,

v.

**ST. JUDE MEDICAL, INC.**,

Defendant.

Civil No. 01-1581 JRT
01-MD-1396 JRT/FLN

**ORDER OF DISMISSAL**

---

James P. Savio, **SAVIO LAW OFFICE**, 9220 Amherst Avenue, First Floor, Post Office Box 3163, Margate, New Jersey 08402, for plaintiffs.

David C. Cooner, **McCARTER & ENGLISH**, Four Gateway Center, 100 Mulberry Street, Newark, New Jersey 07102, for defendant.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for sixty days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: March 31, 2005
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge