***LAW OFFICES OF JAMES P. SAVIO***
9220 Amherst Avenue, First Floor
Post Office Box 3163
Margate, NJ 08402
(609) 823-2555
Attorneys for Plaintiffs John and Ann Sutcliffe
File No. 7155-JPS

| | |
|---|---|
| JOHN SUTCLIFFE AND ANN SUTCLIFFE, HUSBAND AND WIFE,<br><br>Plaintiff,<br><br>vs.<br><br>ST. JUDE MEDICAL, INC.,<br><br>Defendant. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA<br><br>CIVIL NO. 01-1581-JRT<br><br>CIVIL ACTION<br><br>**NOTICE OF PLAINTIFF'S MOTION TO REOPEN THE ACTION FOR THE LIMITED PURPOSE OF ADJUDICATING THE ALLOCATION OF SETTLEMENT PROCEEDS** |

**PLEASE TAKE NOTICE** that on a date and at a time to be set by the Court, the undersigned, counsel for the plaintiff, will move for an Order adjudicating the allocation of settlement proceeds in the above-entitled matter.

**PLEASE TAKE FURTHER NOTICE** that in support of said Motion, plaintiff will rely upon the Brief, Certification and Exhibits attached.

**PLEASE TAKE FURTHER NOTICE** that no oral argument is requested unless timely opposition is filed, in which event plaintiff respectfully requests oral argument.

Respectfully submitted,

s/James P. Savio

James P. Savio, Esquire
Attorneys for the Plaintiffs,
John and Anne Sutcliffe

Dated: April 28, 2005