***Law Offices of James P. Savio***
9220 Amherst Avenue, First Floor
Post Office Box 3163
Margate, NJ 08402
Telephone (609) 823-2555
SavioLaw@aol.com

JAMES P. SAVIO
CERTIFIED CIVIL TRIAL ATTORNEY

Facsimile (609) 823-3314

WALTER DANA VENNEMAN
LICENSED IN NEW YORK & NEW JERSEY

April 28, 2005

Judge John R. Tunheim
United States District Court
U.S. Courthouse, Suite 13E
300 South Fourth Street
Minneapolis, MN 55415

**Re: Sutcliffe v. St. Jude**
**Our File No. 7155-JPS**
**Civil No. 01-1581-JRT**

Dear Judge Tunheim:

I enclose a hard copy of the Motion, Brief and Certification of Counsel which was electronically filed with the Court on April 28, 2005. Copies of the documents were sent to all counsel of record, as well as the Medicare Subrogation Analyst.

Respectfully submitted,

*s/James P. Savio*

James P. Savio

JPS/kd
Enclosures

cc: Wendy Pedigo, Medicare Analyst
Michael J. Beck
Kenneth D. Mackler, Esquire
David J. Cooner, Esquire