***Law Offices of James P. Savio***
Certified Civil Trial Attorney
9220 Amherst Avenue, First Floor
P.O. Box 3163
Margate, NJ 08402
(609) 823-2555
Facsimile (609) 823-3314
Saviolaw@aol.com

June 27, 2005

Judge John R. Tunheim
United States District Court
U.S. Courthouse, Suite 13E
300 South Fourth Street
Minneapolis, MN 55415

**Re: Sutcliffe v. St. Jude**
**Our File No. 7155-JPS**
**Civil No. 01-1581-JRT**

Dear Judge Tunheim:

On April 28, 2005 I filed a Notice of Motion to reopen the action for the limited purpose of adjudicating the allocation of settlement proceeds. To date, I have not received any decision from the Court with respect to the Motion. Is there some other action that I have to take in order to have the Motion listed for a hearing?

Respectfully submitted,

*s/James P. Savio*

James P. Savio

JPS/kd

cc: Wendy Pedigo, Medicare Analyst
Michael J. Beck
Kenneth D. Mackler, Esquire
David J. Cooner, Esquire